## Commonwealth *v.* Alfarano, Appellant.

Argued March 11, 1974. *Victor Dell'Alba,* for appellant; *Richard H. Horn,* Assistant District Attorney, with him *Donald L. Reihart,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Allen, Appellant.

Argued March 12, 1974. *Thomas C. Zerbe, Jr.,* Assistant Public Defender, for appellant; *Marion E. MacIntyre,* Deputy District Attorney, with her *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.